Violet Lee Martin, appellee, v. Edward Hauser, appellant. Gen. No. 32,322.

Opinion filed May 8, 1928.
William L. Hart, for appellant; William L. Hart and Joseph P. Brodie, of counsel. Kremer, Branand & Hamer, for appellee; Donald Campbell, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Schiele-Lawler Coal Company, appellee, v. Samuel Dubinsky and Lizzie Dubinsky, appellants. Gen. No. 32,355.

Opinion filed May 8, 1928.
Gallagher, Shulman, Abrams & Henry, for appellants. Harris, Reinhardt & Russell, for appellee; John A. Russell and Herbert Bebb, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

F. E. Carey Coal Company, appellee, v. Alfred Hamburger, Inc., appellant. Gen. No. 32,366.

Opinion filed May 8, 1928.
Jesse Marcus, for appellant. Newby & Murphy, for appellee; John B. King, of counsel.

Mr. Presiding Justice Barnes delivered the opinion of the court.

Ralph E. Pettit, appellee, v. Anthony Novotny, appellant. Gen. No. 32,392.

Opinion filed May 8, 1928.
Remer & West, for appellant; Lawrence J. West and Bruneau E. Heirich, of counsel. Burt A. Crowe, for appellee.

Mr. Presiding Justice Barnes delivered the opinion of the court.